UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR423-0070

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| CHRISTIE F. OXENDINE | ) | O.C.G.A § 16-10-24.2(c) Obstructing and Hindering Emergency Medical Professionals |
| | ) | |
| | ) | O.C.G.A. § 16-5-23(c) Simple Battery Against a Pregnant Woman |
| | ) | |
| | ) | O.C.G.A. § 16-5-23 Simple Battery |
| | ) | |
| | ) | O.C.G.A. § 16-11-39 Disorderly Conduct |

FILED
U.S. DISTRICT COURT
2023 AUG -8 P 1:33
CLERK
SO. DIST. OF GA.

THE GRAND JURY CHARGES THAT:

COUNT ONE

*Obstructing and Hindering Emergency Medical Professionals*
O.C.G.A § 16-10-24.2(c)

On or about June 27, 2022, in the Southern District of Georgia, on land within the special territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

CHRISTIE F. OXENDINE

did knowingly and willfully resist and obstruct any emergency medical technician, any emergency medical professional, and any properly identified person working under the direction of an emergency medical professional in the lawful discharge of

the official duties of any emergency medical technician, any emergency medical professional, and any properly identified person working under the direction of an emergency medical professional by threatening and doing violence to the person of such emergency medical technician, emergency medical professional, and properly identified person working under the direction of an emergency medical professional in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 16-10-24.2(c).

**COUNT TWO**
*Simple Battery*
O.C.G.A § 16-5-23(c)

On or about June 27, 2022, in the Southern District of Georgia, on land within the special territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**CHRISTIE F. OXENDINE**

did commit simple battery against Y.F., a woman who was pregnant at the time, by striking her and physically pushing her, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 16-5-23.

**COUNT THREE**
*Simple Battery*
O.C.G.A § 16-5-23

On or about June 27, 2022, in the Southern District of Georgia, on land within the special territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**CHRISTIE F. OXENDINE**

did commit simple battery against K.L.W., by grabbing her by her shoulders and shoving her against a wall, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 16-5-23.

**COUNT FOUR**
*Disorderly Conduct*
O.C.G.A. § 16-11-39

On or about June 27, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**CHRISTIE F. OXENDINE**

did engage in disorderly conduct by, without provocation, using to or of another person in such other person's presence, opprobrious or abusive words which by their very utterance tend to incite to an immediate breach of the peace, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 16-11-39.

A True Bill.

Jill E. Steinberg
United States Attorney

Michael Z. Spitulnik
Special Assistant United States Attorney
*Co-lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division