IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTIE F. OXENDINE,<br><br>　　Defendant. | CASE NO.: 4:23-cr-70 |

**O R D E R**

This matter comes before the Court on the Defendant's Motion to Request Copy of Presentence Report. (Doc. 136.) On June 13, 2025, Sandra Michaels was appointed by the United States Court of Appeals for the Eleventh Circuit to represent the Defendant on appeal, (doc. 135); and counsel now seeks a copy of Defendant's Presentence Investigation Report, (doc. 117), in that regard. After careful consideration and for good cause shown, the Court **GRANTS** the Motion.

Therefore, in accordance with this Court's Local Criminal Rule 32A, and in consideration of the argument and information provided by the Defendant in her Motion, the Court shall permit attorney Sandra Michaels to have a copy of Defendant's Presentence Investigation Report for purposes of representing Defendant on appeal.

The Court directs all counsel and the parties to continue to abide by the orders and rules of this Court regarding Defendant's Presentence Investigation Report and to maintain the confidentiality of the Presentence Investigation Report and any objections and addendums thereto at all times.

**SO ORDERED**, this 9th day of September, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA